**22NTCHRG AP**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 22-00205-ELG |
| **Adams 3, LLC,** | **Chapter 11** |
| Debtor. | |
| **YSRTL LLC TES CUSTODIAN,** | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-10030-ELG |
| **Waterloo Rescue, LLC** | |
| Defendant. | |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a status hearing will be held on:

11/15/2023 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 10/11/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.