# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| ADAMS 3, LLC | Case No. 22-00205-ELG<br>Chapter 11 |
| Debtor. | |
| YSRTL LLC TES CUSTODIAN | |
| Plaintiff | Adv. Proc. No. 23-10030-ELG |
| vs. | |
| WATERLOO RESCUE, LLC | |
| Defendant | |
| YSRTL LLC TES CUSTODIAN | |
| Plaintiff | Adv. Proc. No. 23-10033-ELG |
| vs. | |
| WATERLOO RESCUE, LLC | |
| Defendant | |

### NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO MOTION TO ABSTAIN AND TO REMAND

YSRTL LLC TES CUSTODIAN ("the Movant"), by and through his undersigned attorneys, McNamee Hosea, P.A., has filed a *Motion to Abstain or Remand* (the "Motion").

---

MCNAMEE HOSEA, P.A.
Justin P. Fasano, Esquire (DCB # MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com

*Counsel to YSRTL LLC TES CUSTODIAN*

PLEASE TAKE NOTICE THAT BY **December 1, 2023,** you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the MOTION without a hearing if the objection filed states inadequate grounds for denial.

Please take notice that a hearing will be held on **December 7, 2023 at 2:00 p.m.** on the Motion in the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, Courtroom 1, Washington DC 20001, and via Zoom. Parties in interest with questions may contact the undersigned or the courtroom deputy at aimee_mathewes@dcb.uscourts.gov at for Zoom login instructions.

Dated:  November 29, 2023             Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee, Hosea, , P.A.
Justin P. Fasano, Esquire (MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for YSRTL LLC TES CUSTODIAN*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this November 29, 2023, a copy of the foregoing was served by CM/ECF to all parties receiving notice thereby.

*/s/ Justin P. Fasano*
Justin P. Fasano