**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>ADAMS 3, LLC<br><br>Debtor. | Case No. 22-00205-ELG<br>Chapter 11 |
| YSRTL LLC TES CUSTODIAN<br><br>Plaintiff<br><br>vs.<br><br>WATERLOO RESCUE, LLC, et al.,<br><br>Defendants | Adv. Proc. No. 23-10030-ELG |
| YSRTL LLC TES CUSTODIAN<br><br>Plaintiff<br><br>vs.<br><br>WATERLOO RESCUE, LLC, et al.,<br><br>Defendants | Adv. Proc. No. 23-10033-ELG |

**CERTIFICATE OF SERVICE**

I, Justin P. Fasano, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the attached summons and notice and a copy of the

---

Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

amended complaint in the two above-captioned adversary proceedings was made on January 17, 2024, by first class mail, postage prepaid to:

Bradley D. Jones
Stinson LLP
1775 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006

THE DISTRICT OF COLUMBIA
Muriel Bowser, Mayor
Attn: Christina Anderson, Correspondence Unit
1350 Pennsylvania Avenue, NW #221
Washington, DC 20001

THE DISTRICT OF COLUMBIA
c/o Attorney General of the District of Columbia
Attn:  Darlene Fields
441 4th St. NW
Washington, DC 20001

    Under penalty of perjury, I certify the foregoing is correct.

Dated:  January 17, 2024

Respectfully submitted

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*