UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>ADAMS 3, LLC,<br><br>    Debtor. | Case No. 22-00205-ELG<br>Chapter 11 |
| YSRTL LLC TES CUSTODIAN<br><br>    Plaintiff,<br><br>v.<br><br>WATERLOO RESCUE, LLC, *et al.*<br><br>    Defendants. | Adv. Pro. No. 23-10030-ELG |
| YSRTL LLC TES CUSTODIAN<br><br>    Plaintiff,<br><br>v.<br><br>WATERLOO RESCUE, LLC, *et al.*<br><br>    Defendants. | Adv. Pro. No. 23-10033-ELG |

**ORDER GRANTING MOTION TO DISMISS ADVERSARY COMPLAINTS**

The Matter before the Court is the motion ("Motion") of Bradley D. Jones, the chapter 11 trustee (the "Trustee") for the bankruptcy estate ("Bankruptcy Estate") of Adams 3, LLC (the "Debtor") to dismiss the Amended Complaints filed by YSRTL LLC TES CUSTODIAN, LLC ("YSRTL" or the "Plaintiff"). The Court having considered the matter, the Amended Complaints filed by YSRTL, any responses and argument by counsel, the entire record of the case, and good cause having been shown, it is hereby:

1. ORDERED that the Trustee's Motion is GRANTED; and it is further

2. ORDERED that all claims asserted by YSRTL against the Bankruptcy Estate, the Debtor, and the Trustee are DISMISSED WITH PREJUDICE.

[END OF ORDER]

I ASK FOR THIS:

BRADLEY D. JONES,
CHAPTER 11 TRUSTEE FOR ADAMS 3, LLC


*/s/ Bradley D. Jones*
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

2

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Proposed Order was served on February 9, 2024, electronically upon all registered users pursuant to this Court's CM/ECF procedures.

                      */s/ Bradley D. Jones*
                      Bradley D. Jones

CORE/3529461.0002/187429542.1