**22NTCHRG AP**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**Adams 3, LLC,**<br>Debtor. | Case No. 22-00205-ELG<br><br>Chapter 11 |
| **YSRTL LLC TES CUSTODIAN,**<br>Plaintiff,<br><br>v.<br><br>**Waterloo Rescue, LLC,** *et al.*,<br>Defendants. | Adv. Pro. No. 23-10030 |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that the status hearing set for 10:00 AM on 2/14/2024 is rescheduled to 2:00 PM on the same date.

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

                                                                                                       For the Court:
                                                                                                       Angela D. Caesar
                                                                                                       BY: AM
                                                                                                        Dated: 2/12/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.