Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) ) ) | |
| ADAMS 3, LLC, | ) ) | Case No. 22-00205-ELG<br>Chapter 11 |
| Debtor. | ) ) ) | |
| YSRTL LLC TES CUSTODIAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 23-10030-ELG |
| WATERLOO RESCUE, LLC, *et al.* | ) ) | |
| Defendants. | ) ) ) | |
| YSRTL LLC TES CUSTODIAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 23-10033-ELG |
| WATERLOO RESCUE, LLC, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

**SUGGESTION OF MOOTNESS**

1

The Court has pending before it a Motion to Compel Payment in the above-captioned main bankruptcy case and two related adversary proceedings, each filed by YSRTL LLC TES Custodian ("YSRTL"). YSRTL was the purchaser of certain tax sale certificates issued by the Government of the District of Columbia, Office of Tax and Revenue ("OTR"). YSTRL filed two proceedings in D.C. Superior Court, Case No. 2023-CAB-5366 and Case No. 2023-CAB-5367, which were removed to this Court by Defendant, Waterloo Rescue, LLC.

On February 21, 2024, OTR issued Notices of Tax Sale Cancellation for all of the tax certificates at issue in these matters. Copies of each Notice of Tax Sale Cancellation are attached as **Exhibit 1**.

As a result of the cancellation, the Trustee has spoken with counsel for YSRTL, Waterloo Rescue, LLC, and the District of Columbia. The parties agree that the Motion to Compel Payment is moot and the adversary proceedings are moot as to all of the Defendants, except the District of Columbia. YSRTL and the District of Columbia further agree that, if all defendants other than the D.C. Government are dismissed, the adversary proceedings should be remanded to D.C. Superior Court for further proceedings in accordance with applicable non-bankruptcy D.C. law, limited to any remaining disputes between YSRTL and the District of Columbia.

Dated: February 22, 2024                    Respectfully submitted,

/s/ Bradley D. Jones
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006

*Counsel for*
*Bradley D. Jones, Trustee*

**Seen and No Objection:**

YSRTL LLC TES CUSTODIAN                    THE DISTRICT OF COLUMBIA

By:  */s/ Justin P. Fasano*                By:  */s/ Nancy L. Alper*
    Justin P. Fasano                         Nancy L. Alper
    McNamee Hosea, P.A.                      Office of Attorney General For D.C.
    6404 Ivy Lane, Suite 820                 441 4th Street, NW
    Greenbelt, MD 22070                      Suite 6 North 93
    Phone:  (301) 441-2420                   Washington, DC 20001
    Fax :   (301) 982-9450                   Phone: (202) 724-8122
    Email:  jfasano@mhlawyers.com            Email: nancy.alper@dc.gov

    *Counsel for Plaintiff,*                 *Counsel for Defendant,*
    *YSRTL LLC TES Custodian*                *The District of Columbia*

WATERLOO RESCUE, LLC

By:  */s/ Maurice B. VerStandig*
    Maurice B. VerStandig
    The VerStandig Law Firm, LLC
    1452 W. Horizon Ridge Pkwy, #665
    Henderson, NV 89012
    Phone: (301) 444-4600
    Email: mac@mbvesq.com

    *Counsel for Defendant,*
    *Waterloo Rescue, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I served a copy of the foregoing on February 22, 2024, electronically via the Court's ECF system.

                                                     */s/ Bradley D. Jones*
                                                     Bradley D. Jones

CORE/3529461.0002/187615829.1