The order below is hereby signed.

Signed: March 13 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| YSRTL LLC TES CUSTODIAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Adv. Proc. No. 23-10030-ELG |
| vs. | ) | |
| | ) | |
| WATERLOO RESCUE, LLC | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| YSRTL LLC TES CUSTODIAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Adv. Proc. No. 23-10033-ELG |
| vs. | ) | |
| | ) | |
| WATERLOO RESCUE, LLC | ) | |
| | ) | |
| Defendant | ) | |

**<u>CONSENT ORDER OF REMAND</u>**

Upon consideration of the Stipulation of Dismissal filed by YSRTL LLC TES Custodian

(the "Plaintiff") and Defendants Waterloo Rescue, LLC ("Waterloo") and Bradley Jones, Chapter 11 trustee, pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and the consent of the remaining defendant the District of Columbia, this Court hereby remands the above-captioned cases to the District of Columbia Superior Court, where they were assigned the case numbers 2023-CAB-005366 and 2023-CAB-005367[1] and directs the Clerk to transmit the files forthwith.

**END OF ORDER**

**WE ASK FOR THIS**

| /s/ *Justin P. Fasano*<br>McNamee Hosea, P.A.<br>Justin P. Fasano, Esquire (Bar No. MD21201)<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>Phone: 301-441-2420<br>jfasano@mhlawyers.com<br>*Counsel for Plaintiff* | /s/ Nancy L. Alper<br>NANCY ALPER, MD Bar No. 04221<br>Senior Assistant Attorney General Land Acquisition and Bankruptcy<br>Section 441<br>4th Street, N.W., Suite 1010S<br>Washington, DC 20001<br>(202) 724-8122 |
|---|---|

---

[1] Case No. 2023-CAB-005366 was assigned the Adversary Proceeding number 23-10030-ELG and case no. 2023-CAB-005367 was assigned the Adversary Proceeding number 23-10033-ELG.