The order below is hereby signed.

Signed: March 13 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| YSRTL LLC TES CUSTODIAN ) | |
| ) | |
| Plaintiff ) | |
| ) | Adv. Proc. No. 23-10030-ELG |
| vs. ) | |
| ) | |
| WATERLOO RESCUE, LLC ) | |
| ) | |
| Defendant ) | |
| ) | |
| YSRTL LLC TES CUSTODIAN ) | |
| ) | |
| Plaintiff ) | |
| ) | Adv. Proc. No. 23-10033-ELG |
| vs. ) | |
| ) | |
| WATERLOO RESCUE, LLC ) | |
| ) | |
| Defendant ) | |
| ) | |

## CONSENT ORDER OF REMAND

Upon consideration of the Stipulation of Dismissal filed by YSRTL LLC TES Custodian

(the "Plaintiff") and Defendants Waterloo Rescue, LLC ("Waterloo") and Bradley Jones, Chapter 11 trustee, pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and the consent of the remaining defendant the District of Columbia, this Court hereby remands the above-captioned cases to the District of Columbia Superior Court, where they were assigned the case numbers 2023-CAB-005366 and 2023-CAB-005367[1] and directs the Clerk to transmit the files forthwith.

**END OF ORDER**

**WE ASK FOR THIS**

| /s/ *Justin P. Fasano* | /s/ Nancy L. Alper |
|---|---|
| McNamee Hosea, P.A. | NANCY ALPER, MD Bar No. 04221 |
| Justin P. Fasano, Esquire (Bar No. MD21201) | Senior Assistant Attorney General Land |
| 6404 Ivy Lane, Suite 820 | Acquisition and Bankruptcy |
| Greenbelt, MD 20770 | Section 441 |
| Phone: 301-441-2420 | 4th Street, N.W., Suite 1010S |
| jfasano@mhlawyers.com | Washington, DC 20001 |
| *Counsel for Plaintiff* | (202) 724-8122 |

---

[1] Case No. 2023-CAB-005366 was assigned the Adversary Proceeding number 23-10030-ELG and case no. 2023-CAB-005367 was assigned the Adversary Proceeding number 23-10033-ELG.

United States Bankruptcy Court
District of Columbia

YSRTL LLC TES CUSTODIAN,
    Plaintiff

Adv. Proc. No. 23-10030-ELG

Waterloo Rescue, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Mar 13, 2024      Form ID: pdf001      Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| dft | + | Bradley Jones, Chapter 11 Trustee, STINSON LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington, DC 20006-4760 |
| dft | + | Waterloo Rescue, LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| pla | + | YSRTL LLC TES CUSTODIAN, 3031 S. Cole Road, Boise, ID 83709-4221 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 13 2024 22:09:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 13 2024 22:07:37 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2024 22:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Mar 13 2024 22:07:38 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Mar 13 2024 22:09:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 13 2024 22:09:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 13 2024 22:09:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 13 2024 22:09:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | The District of Columbia |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley David Jones | on behalf of Defendant Bradley Jones  Chapter 11 Trustee brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com |
| Justin Philip Fasano | on behalf of Plaintiff YSRTL LLC TES CUSTODIAN jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Defendant Waterloo Rescue  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy L. Alper | on behalf of Defendant The District of Columbia nancy.alper@dc.gov |
| Seth Paul Slomovitz | on behalf of Plaintiff YSRTL LLC TES CUSTODIAN seth@sayleslegal.com |

TOTAL: 5